[No. 72968-3-I. Division One. August 10, 2015.]

*In the Matter of the Dependency of* P.J.V.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,* v. BRAD RODE, *Appellant.*

by unpublished per curiam opinion.

[No. 43659-1-II. Division Two. August 11, 2015.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID CRAIG DICKJOSE, *Appellant.*

by unpublished opinion per Sutton, J., concurred in by Johanson, C.J., and Bjorgen, J.

[No. 44340-6-II. Division Two. August 11, 2015.]

LARRY DALE CHRISTENSEN, *Respondent,* v. JENNIFER ROACH, *Appellant.*

by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Melnick, J.